# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS    CASE NO. 3:00cr71LAC

TIMOTHY SHANE WATTS

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  January 24, 2006
Motion/Pleadings:  MOTION TO ELIMINATE ENHANCEMENTS AND REDUCE SENTENCE
Filed by DEFENDANT PRO SE    on 1/18/06    Doc.# 142
RESPONSES:
BY GOVT (MOTION TO DISMISS)   on 1/23/06    Doc.# 141
                              on            Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 30th day of January, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b) Apprendi, Blakely, Booker and Fanfan are not retroactive.*

s/*L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.