IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                    3:00cr71/LAC
                                       3:06cv290/LAC/MD
TIMOTHY SHANE WATTS
_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on July 6, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1. The defendant's motion for relief from judgment pursuant to Fed.R.Civ.P. 60(b)(3) (doc. 147) is DENIED.

2. Defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 146) is summarily DISMISSED pursuant to 28 U.S.C. § 2244(b)(3).

DONE AND ORDERED this 31st day of July, 2006.

                           s/L.A. Collier
                           LACEY A. COLLIER
                           SENIOR UNITED STATES DISTRICT JUDGE