IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                             Case No: 3:00cr71/LAC
                                                        3:06cv290/LAC/MD

TIMOTHY SHANE WATTS
_____/

**ORDER**

This cause is before the court on defendant's notice of appeal (doc. 152) of the court's order denying his motion to vacate pursuant to 28 U.S.C. § 2255 as second or successive, which the court construes as a request for a certificate of appealability. *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief. See 28 U.S.C. 2253(c)(1)(B). Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *Miller-El v. Cockrell*, 537 U.S. 322, 336, 123 S.Ct. 1029, 1039, 154 L.Ed.2d 931 (2003). Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's July 31, 2006 order (doc. 150) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on July 6, 2006 (doc. 148), a certificate of appealability is DENIED.

*Page 2 of 2*

No motion for leave to proceed *in forma pauperis* has been filed. The defendant has not shown that the appeal is taken in good faith or that he is otherwise entitled to so proceed on appeal. He shall pay the $455.00 filing fee within thirty days.

DONE AND ORDERED this 28th day of September, 2006.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**