**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                              CASE NO. 3:00cr71/LAC
                                                                          3:06cv290/LAC/MD

TIMOTHY SHANE WATTS,

_____/

**ORDER**

This cause is before the court upon remand by the Eleventh Circuit Court of Appeals due to the death of the defendant/appellant. Pursuant to the instructions of the appellate court, the defendant's §2255 motion is dismissed as moot and judgment shall be entered accordingly.

**ORDERED** on this 22nd day of December, 2006.

                                                  *s/L.A. Collier*
                                                 LACEY A. COLLIER
                                      Senior United States District Judge